UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JON D. KENNEDY**                                                                                      **PLAINTIFF**

**v.**                                  **CASE NO. 4:10cv01986 BSM**

**RIVER ROCK VIDEO PRODUCTION**
**COMPANY, d/b/a River Rock Communications;**
**and ROBY BROCK**                                                                                **DEFENDANTS**

## ORDER OF DISMISSAL

The parties request that this case be dismissed with prejudice due to settlement.

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 16th day of March, 2011.


_____
UNITED STATES DISTRICT JUDGE